# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

James D. Brown,                                                             Civil No. 05-1585 (RHK/AJB)

           Plaintiff,

                                                                   **ORDER**

v.

F.B.O.P., Dan Cansino, Mary Haugen,

           Defendants.

_____

Pursuant to the recommendations of Magistrate Judge Arthur J. Boylan, and after a de novo review of the September 7, 2005 Report and Recommendation, **IT IS ORDERED**:

    1. The Report and Recommendation (Doc. No. 7) is **ADOPTED**;

    2. Plaintiff's application for leave to proceed in forma pauperis (Doc. No. 4) is **DENIED**;

    3. Plaintiff's Motion for Preliminary Injunction (Doc. No. 2) is **DENIED**;

    4. Plaintiff's Second Motion for Preliminary Injunction (Doc. No. 8) is **DENIED**; and

    5. This action is **DISMISSED WITHOUT PREJUDICE**.

Dated: September 26, 2005.

                                                                  s/Richard H. Kyle
                                                                    RICHARD H. KYLE
                                                                    United States District Judge